THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL HARLEY, Also Known as DANIEL HURLEY, Also Known as DANIEL HOLLEY, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered September 17, 1975, convicting him of sodomy in the first degree, sodomy in the second degree and sexual abuse in the first degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and indictment dismissed, with leave to resubmit the charges to another Grand Jury. This case is remitted to the Supreme Court, Kings County, for the purpose of entering an order in its discretion pursuant to CPL 160.50. The indictment was fatally defective in that it failed to state the exact nature of the deviate sexual intercourse or the sexual contact with which defendant was charged (see *People v Jackson,* 60 AD2d 893; *People v Smith,* 60 AD2d 896; *People v Ward,* 62 AD2d 1005). Martuscello, J.P., Titone, Suozzi and Cohalan, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JACKSON, JR., Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 6, 1975 (the date on the clerk's extract is March 13, 1975), convicting him of robbery in the first degree, grand larceny in the third degree and unlawful imprisonment in the first degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of grand larceny in the third degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. Since it clearly appears that, under the facts of this case, defendant could not have committed robbery in the first degree without also having committed grand larceny in the third degree, the guilty verdict as to the former count required the dismissal of the latter count as a matter of law (see CPL 300.40, subd 3, par [b]; *People v Grier,* 37 NY2d 847; *People v Johnson,* 54 AD2d 586). Titone, J. P., Suozzi, Margett and O'Connor, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTURO PACE, Also Known as ARTHUR PACE, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered October 15, 1976, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Martuscello, Latham and Damiani, JJ., concur.